ROBERT M. BERNSTEIN (SBN 183398)
Attorney at Law
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 477-1480
Facsimile:  (310) 477-1468
Email:  robert@california-law.org

Attorney for the Defendant
STEPHEN PAINE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN PAINE, <br><br> Defendant. | No. SA CR 16-00076-JVS-15 <br><br> JOINT STIPULATION REGARDING MODIFICATION OF PRE-TRIAL RELEASE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, defendant, STEPHEN PAINE, by and through his attorney, Robert M. Bernstein, and the plaintiff, United States of America, by and through Assistant United States Attorney, Gregory Staples, that the pre-trial conditions be modified to allow Pre Trial Services to end his random drug testing which is currently required.

The basis for this stipulation is as follows:

Mr. Paine has been subjected to random drug testing since release from custody. He is required to telephone every evening and learn if he will be required to provide a urine test the following day. He calls every evening and actually tests 4 to 6 times per month. Often the tests are on weekends. Mr. Paine has a minor child who resides in San Diego County. The random testing is interfering with his child visitation in that he cannot make plans to visit his child and has frequently had to cancel visitations due to the testing requirements. This is not only impacting Mr. Paine, but it leads to terrible disappointment for his child and is dramatically impacting their relationships.

Mr. Paine tested positive for marijuana initially upon his arrest. Since that time he attended several weeks of substance abuse counseling at the direction of Pre Trial Services. The counseling has since been discontinued. Further, Mr. Paine has continually tested clean throughout this period.

A previous stipulation was filed with this court and after speaking with pretrial services they have indicated that they cannot comply with the Order as previously worded. Thus, the need for this additional order.

Defense counsel has consulted with Pretrial services officer Shakira Davis. Ms. Davis takes no position on this issue.

.

Respectfully submitted,

Dated:  November 16, 2016            /s/ Robert M. Bernstein
ROBERT M. BERNSTEIN
Attorney for Defendant
STEPHEN PAINE

Dated: November 16. 2016             /s/ Gregory Staples
Gregory Staples
Assistant United States Attorney
(Per his authorization via email)


EILEEN M. DECKER
United States Attorney