**ROBERT M. BERNSTEIN (SBN 183398)**
Attorney at Law
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 477-1480
Facsimile:  (310) 477-1468
Email:  robert@california-law.org

**Attorney for the Defendant
STEPHEN PAINE**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 16-00076-JVS-15 |
| Plaintiff, | |
| vs. | JOINT STIPULATION REGARDING MODIFICATION OF PRE-TRIAL RELEASE |
| STEPHEN PAINE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, defendant, STEPHEN PAINE, by and through his attorney, Robert M. Bernstein, and the plaintiff, United States of America, by and through Assistant United States Attorney, Gregory Staples, that the pre-trial conditions be modified to allow the defendant to travel within the state of CA as well as the state of Nevada

Defense counsel has consulted with Pretrial services officer Shakira Davis. Ms. Davis. has no objection to this modification.

.

                                        Respectfully submitted,

Dated: November 27, 2017        /s/ Robert M. Bernstein
                                        ROBERT M. BERNSTEIN
                                        Attorney for Defendant
                                        STEPHEN PAINE

Dated: November 27, 2017        /s/ Gregory Staples
                                          Gregory Staples
                                        Assistant United States Attorney
                                        (Per his authorization via email)